UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81285-CIV-DIMITROULEAS (COHN)

LADI MARCH GOLDWIRE,

     Plaintiff,

v.

CITY OF RIVIERA BEACH, FLORIDA,

     Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon receipt of the jury's verdict in this case on August 16, 2021 [DE 154] and the Court's Order on Motion for Summary Judgment [DE 101].  It is thereupon

**ORDERED and ADJDUGED** as follows:

1.    Judgment is hereby **ENTERED** in favor of Plaintiff Ladi March Goldwire and against Defendant City of Riviera Beach, Florida with respect to Plaintiff's Title VII retaliation claim (Count III).  Plaintiff shall recover $60,000.00 from Defendant.  Post-judgment interest shall accrue at a rate of .08% per annum.  Execution shall issue for this judgment.

2.    Judgment is hereby **ENTERED** in favor of Defendant and against Plaintiff with respect to Plaintiff's remaining claims.

3.    The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 18th day of August, 2021.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF