UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-CV-81285-WPD

LADI MARCH GOLDWIRE,

    Plaintiff,

vs.

CITY OF RIVIERA BEACH,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff Ladi March Goldwire ("Plaintiff")'s Motion for Appellate Attorneys' Fees [DE 220/221], and the December 15, 2023 Report and Recommendation of Magistrate Judge William Matthewman [DE 232] (the "Report"). The Court notes that no objections to the Report [DE 232] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 232] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 232] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 232] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Appellate Attorneys' Fees [DE 220/221] is **GRANTED IN PART AND DENIED IN PART**; and

3. Plaintiff is entitled to prevailing party attorneys' fees under 42 U.S.C. § 2000e-5(k). Plaintiff is hereby awarded appellate attorneys' fees in the amount of $46,719.50 (reflecting $32,308.00 for Ms. Hazel and $14,411.50 for Ms. Chahattergoon), plus statutory interest.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of January, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Matthewman